IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                      :
                                               :
          Plaintiff,                           :
                                               :
     v.                                        :Criminal Action No.08 15 CMS
                                               :
JEMAIN Z. DAVIS,                               :
                                               :
          Defendant.                           :

WAIVER OF INDICTMENT

1.      Jemain Z. Davis, the above named defendant, who is accused of violating 18 U.S.C. §
1349 (conspiracy to commit wire fraud) and 18 U.S.C. § 1957 (illegal monetary transaction),
being advised of the nature of the charges and of his rights, hereby knowingly, voluntarily and
intelligently waives prosecution by indictment and consents that the proceeding may be by
information instead of by indictment.

2.      The defendant understands that (a) unless he waives indictment, he could not be charged
with these offenses unless the Grand Jury found probable cause to believe he committed the
offenses and returned an Indictment; (b) the Grand Jury is composed of at least sixteen, but not
more than twenty-three lay persons, and at least twelve of those grand jurors must find probable
cause to believe that the defendant committed these offenses before an Indictment could be
returned; and (c) by waiving Indictment, the Government will be proceeding by a document
written by the United States Attorney and called an Information and the defendant will be
prosecuted on that Information, rather than on an Indictment.

3.      The defendant has read and reviewed with his counsel the charges in the Information, and
is satisfied that his counsel has properly explained the charges and this waiver to him.



FILED

MAR 17 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

4.    No one has made the defendant any promises or threatened or forced the defendant to

waive indictment.

_____    _____
Jermain Z. Davis                    James J. Haley, Jr., Esquire
Defendant                           Counsel for Defendant

Date:  1-14-08