IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-15-GMS |
| | ) |
| JEMAIN Z. DAVIS, | ) |
| | ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

PLEASE enter the appearance of First Assistant United States Attorney David C. Weiss as attorney of record, in place of Assistant United States Attorney Douglas E. McCann, on behalf of the United States of America in the above-captioned matter.

Dated: April 22, 2008

                                              Respectfully submitted,

                                              COLM F. CONNOLLY
                                              United States Attorney

                                              /s/ David C. Weiss
                                              David C. Weiss (Delaware I.D. No. 2322)
                                              First Assistant United States Attorney
                                              1007 N. Orange Street, Suite 700
                                              P.O. Box 2046
                                              Wilmington, Delaware 19899-2046
                                              (302) 573-6277, ext. 124
                                              (302) 573-6220 (fax)