IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )    Criminal Action No. 08-15 GMS<br>                              )<br> JEMAIN Z. DAVIS,             )<br>                              )<br>         Defendant.           )| |

## RESPONSE OF JEMAIN Z. DAVIS TO PLAINTIFF'S MOTION FOR A PRELIMINARY ORDER OF FORFEITURE

In response to plaintiff's motion for a preliminary order of forfeiture, defendant Jemain Z. Davis states as follows:

1. The Court has accepted a Memorandum of Plea Agreement as described by plaintiff.

2. Defendant's liability for the proceeds derived from the offense ($225,284.87) is "joint and several" with his convicted co-defendants (Stefano Russo and Anthony Lofink).

3. Any money judgment entered in this matter should reflect said joint and several liability with the above-named co-defendants.

WHEREFORE, defendant respectfully requests the Court forfeiture reflective of the above-described joint and several liability.

/s/  James J. Haley, Jr.   (#2997)
JAMES J. HALEY, JR., ESQUIRE
FERRARA, HALEY & COLLINS
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899
(302) 656-7247

Dated: April 29, 2008