IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-15 GMS |
| | ) |
| JEMAIN Z. DAVIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW, having considered Defendant Davis' Motion to Continue Sentencing Date, and there being no opposition thereto, IT IS HEREBY ORDERED that sentencing is continued to July 14, 2008, @ 9:30 a.m.

_____
Judge

FILED

JUN - 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE