

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

The Nemours Building  (302) 573-6277 x 124
1007 Orange Street, Suite 700  FAX (302) 573-6220
P.O. Box 2046  TTY (302) 573- 6274
Wilmington, Delaware 19899-2046  Toll Free (888) 293-8162
David.Weiss@usdoj.gov

July 11, 2008

**BY CM/ECF**

Honorable Gregory M. Sleet
Chief Judge, United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

      RE:   **United States v. Jemain Davis**
              **Criminal Action No. 08-15-GMS**

Dear Chief Judge Sleet:

      Earlier today, the government filed an Amended Motion of the United States for a Preliminary Order of Forfeiture. The government respectfully requests that the Court grant the Amended Motion of the United States for a Preliminary Order of Forfeiture at defendant's sentencing on Monday, July 14, 2008.

      Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure requires that the forfeiture "be made a part of the sentence and included in the judgment." Accordingly, the government respectfully requests that the following language be included in the Court's sentencing colloquy and on page six of the criminal judgment:

      "Pursuant to 21 U.S.C. § 853(a), the defendant shall forfeit to the United States the cash and property identified in the Preliminary Order of Forfeiture, which Order is incorporated by reference into the Criminal Judgment in this case."

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

                          By: _____
                                      David C. Weiss
                                      First Assistant United States Attorney

cc:   James J. Haley, Jr., Esquire