IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-15-GMS |
| | : | |
| JEMAIN Z. DAVIS, | : | |
| | : | |
| Defendant. | : | |

**PRELIMINARY ORDER OF FORFEITURE**

THIS 14th day of July, 2008, IT IS HEREBY ORDERED that:

WHEREAS, on March 17, 2008, the defendant Jemain Z. Davis entered a plea of guilty to a Two-Count Felony Information where he agreed to the entry of a money judgment in the amount of $225,284.87; and

WHEREAS, the United States filed an Amended Motion for Entry of a Preliminary Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of $218,559.25, for which the defendant will be jointly and severally liable with co-defendants Anthony Lofink and Stephano Roussos; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED this 14th day of July, 2008 that the Defendant shall forfeit to the United States the sum of $218,559.25 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c);

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that pursuant to Rule 32.2(b)(3), this Preliminary Order of

Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Preliminary Order of Forfeiture to substitute property having a value not to exceed $218,559.25 to satisfy the money judgment in whole or in part.

_____
HONORABLE GREGORY M. SLEET
UNITED STATES DISTRICT JUDGE

FILED

JUL 1 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2