IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATE OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-15 GMS |
| | ) | |
| **JEMAIN Z. DAVIS,** | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that **Jemain Z. Davis**, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the sentence of July 14, 2008.

/s/ James J. Haley, Jr. (#2997)
JAMES J. HALEY, JR., ESQUIRE
FERRARA & HALEY
1716 Wawaset Street
P. O. Box 188
Wilmington, DE 19899
(302) 656-7247
jhaley@ferraralaw.net
Attorney for Defendant

Dated: July 29, 2008